UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LARRY FORD, REGINA FOXX, DEBORAH        :
FREYDER, MARY FULBRIGHT, GENEVIEVE      :
FULLINGTON, RUBY GAINES, LINDA          :
GANTT-HORINEK, NANCY GARNER, MONA       :
GASPARD, CARRIE GAUTREAU, BETTY         :
GILLESPIE, QUEEN GILMORE, RUBY          :
GIVENS, KATHY GOBBLE, MARY GODWIN,      :
PEARLIE GOODMAN, JUNE GRAHAM,           :
SATNY GRANT, ELLA GRANT, DONNA          :
GRASSMAN,                               :
                                        :
        Plaintiffs.                     :   Civil Action
v.                                      :   No. 04-11251-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                    Respectfully submitted,
    Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
Of Counsel:                             One Beacon Street
Barbara Wrubel                          Boston, Massachusetts 02108
Katherine Armstrong                     (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                        Boehringer Ingelheim Pharmaceuticals, Inc.