UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| LARRY FORD, REGINA FOXX, DEBORAH FREYDER, MARY FULBRIGHT, GENEVIEVE FULLINGTON, RUBY GAINES, LINDA GANTT-HORINEK, NANCY GARNER, MONA GASPARD, CARRIE GAUTREAU, BETTY GILLESPIE, QUEEN GILMORE, RUBY GIVENS, KATHY GOBBLE, MARY GODWIN, PEARLIE GOODMAN, JUNE GRAHAM, SATNY GRANT, ELLA GRANT, DONNA GRASSMAN, <br><br>　　　Plaintiffs,<br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>　　　Defendants. | Civil Action<br>No. 04-11251-GAO |

---

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  September 2, 2004<br>       Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |