UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| LARRY FORD, REGINA FOXX, DEBORAH FREYDER, MARY FULBRIGHT, GENEVIEVE FULLINGTON, RUBY GAINES, LINDA GANTT-HORINEK, NANCY GARNER, MONA GASPARD, CARRIE GAUTREAU, BETTY GILLESPIE, QUEEN GILMORE, RUBY GIVENS, KATHY GOBBLE, MARY GODWIN, PEARLIE GOODMAN, JUNE GRAHAM, SATNY GRANT, ELLA GRANT, DONNA GRASSMAN,  Plaintiffs, v. INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,  Defendants. | Civil Action No. 04-11251-GAO |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 2 , 2004                          Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                         One Beacon Street
Barbara Wrubel                                      Boston, Massachusetts 02108
Katherine Armstrong                                 (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                      Counsel for Defendant
                                                    Indevus Pharmaceuticals, Inc.